**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN RUBADEAU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M.A. MORTENSON COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00339 JLT<br><br>ORDER TO THE PARTIES SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>ORDER CONTINUING THE MID-DISCOVERY STATUS CONFERENCE |

On August 27, 2013, the Court held the scheduling conference in this matter. At that time, the Court set the mid-discovery status conference to occur on December 19, 2013. (Doc. 31 at 3-4) The Court ordered the parties to file a joint mid-discovery status conference report "one full week prior to the Conference." Id. However, counsel failed to file the report. Therefore, the Court **ORDERS:**

　　　1.　　**Within 14 days** of this order, counsel for the parties SHALL show cause in writing why sanctions should not be imposed for their failure to file the joint mid-discovery status conference report;

　　　2.　　**Within 14 days** of this order, counsel for the parties SHALL file a joint mid-discovery status conference report that complies with the requirements of the scheduling order (Doc. 31 at 3-4);

///

///

///

1

3.     The mid-discovery status conference is **CONTINUED** to **January 14, 2014** at 8:30 a.m.

IT IS SO ORDERED.

Dated:    **December 18, 2013**                    **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE