# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RUBADEAU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M.A. MORTENSON COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00339 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 38) |

On December 27, 2013, Plaintiff notified the Court she had reached a settlement with Defendants and that 21 days was needed to finalize the agreement. (Doc. 38). Pursuant to Local Rule 160, the Court **ORDERS**:

1. The parties **SHALL** file a stipulated request for dismissal no later than January 17, 2014; and

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**.

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

　Dated:　**December 30, 2013**　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1