**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**                        UNITED STATES DISTRICT COURT
**9**                        EASTERN DISTRICT OF CALIFORNIA
**10**
**11**
**12**   SUSAN RUBADEAU,                              Case Number: 1:13-cv-00339 JLT
**13**        Plaintiff,                              **ORDER DISMISSING CLAIMS**
**14**                                                **WITH PREJUDICE**
         vs.
**15**   M.A. MORTENSON COMPANY;                      (Doc. 40)
**16**   LOGAN BROWN and DOES, 1 to 100,
         inclusive,
**17**
**18**        Defendants.
**19**
         PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:
**20**
         The instant action is hereby DISMISSED with prejudice, with each party to bear their
**21**
         own costs and attorneys' fees.
**22**
**23**   IT IS SO ORDERED.
**24**
             Dated:   **January 16, 2014**              **/s/ Jennifer L. Thurston**
**25**                                                  UNITED STATES MAGISTRATE JUDGE
**26**
**27**
**28**

                                                 1